E-filing

1   **COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

3   Name  HEALY          JOHN          H
4         (Last)         (First)       (Initial)
5   Prisoner Number  2329447
6   Institutional Address  SF Co Jail  850 BRYANT ST
7   San Francisco, CALIF  ~~94103~~  ~~SF~~  94103-4603

===============================================================

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

John Harvey Healy                    )
(Enter the full name of plaintiff in this action.)  )
                                     )   Case No.  CV 07  6190 JF
        vs.                          )   (To be provided by the clerk of court)
                                     )
Calif. Dept. of Corrections          )
San Quentin State Prison             )   COMPLAINT UNDER THE (PR)
State of California                  )   CIVIL RIGHTS ACT,
                                     )   42 U.S.C §§ 1983
                                     )
(Enter the full name of the defendant(s) in this action))
                                     )

*[All questions on this complaint form must be answered in order for your action to proceed..]*

I.   Exhaustion of Administrative Remedies

     [**Note:** You must exhaust your administrative remedies before your claim can go
     forward. The court will dismiss any unexhausted claims.]

     A.   Place of present confinement  San Francisco Co Jail  (took place @ SQ State Prison)
     B.   Is there a grievance procedure in this institution?
               YES (✗)    NO ( )
     C.   Did you present the facts in your complaint for review through the grievance
          procedure?
               YES ( )    NO (✗)
     D.   If your answer is YES, list the appeal number and the date and result of the

COMPLAINT                           - 1 -

appeal at each level of review. If you did not pursue a certain level of appeal, explain why.

1. Informal appeal _May/June 2007, Answer stated that they were processing me & as soon as process was finished I would be released & that at this_ 2. First formal level _point there was nothing on me. The were looking for my file - I was told it was granted._

3. Second formal level _____

_____ 4 Third formal level _____

E. Is the last level to which you appealed the highest level of appeal available to you?

        YES ( )    NO (X)

F. If you did not present your claim for review through the grievance procedure, explain why. _I was told personally by C/O's & Lt's that by the time I sent it in & got an answer, I'd be released. Also 602 appeal Answer told me there was nothing else that could be done & that they were aware of me. Also Sgt Kiss, Sgt Evans & Lt Munoz had seen my appeal. Munoz had physical poss. of it & that they'd approve it & I'd be out in a few days._

II. Parties

A. Write your name and your present address. Do the same for additional plaintiffs, if any.

_John H Healy  2329447_
_850 BRYANT ST_
_San Francisco, Calif 94103-4603_

B. Write the full name of each defendant, his or her official position, and his or her

COMPLAINT             - 2 -

1   place of employment.
2   Records Dept. San Quentin State Prison, Calif Dept of Correction
3   of the State of California
4
5
6                                                                                          III.
7   Statement of Claim
8       State here as briefly as possible the facts of your case. Be sure to describe how each
9   defendant is involved and to include dates, when possible. Do not give any legal arguments or
10  cite any cases or statutes. If you have more than one claim, each claim should be set forth in a
11  separate numbered paragraph.
12  I was doing a 9 w/ 1/2 sink parole viol. # while @ S.F. Co. Jail. My parole viol.
13  was up in Mid-May two days before I was still transferred to San Quentin State Prison.
14  I had previously written Calif Dept Corr. / Records Analyst & Legal Dept & received a statement that
15  my discharge date was April 2007 on OBIS computer but that it had not been updated yet
16  to add my absconding time. With that added I would discharge all parole & state commitments on
17  June 2nd or June 9th 2007. OBIS the State of Calif claims is always up to date on every inmate.
18  I arrived @ SQSP on a Wed. in Mid May 2 days after release date & 3 wks before
19  discharge date. I wrote 2 - 602 appeals & was approved though I still was not released.
20  Sgt Kies, Sgt Evans & especially Lt Munoz read the Statement I had from Sacramento & made
21  calls & Records said yes I was now (Now June 2007) past my release date & past my
22  discharge date but couldn't locate any record of me. All through the approx May 21st thru
23  June 14th (10 to 17 days past discharge) the Lt & Sgts. tried to get me out. Lt Munoz
24  walked my paperwork thru & still no release even though they admitted & were aware I
25  was not only past my release date but eventually my discharge date as well as thus
    IV.   Relief all took place, I was still being held. I was held against my will 10 days past
26  my complete discharge of parole.      And 30 (plus) days past my release.
    Your complaint cannot go forward unless you request specific relief. State briefly exactly
27  what you want the court to do for you. Make no legal arguments; cite no cases or statutes.
28  Monetary - Money for each days held past discharge date.

COMPLAINT                               - 3 -

1
2
3
4
5
6
7   I declare under penalty of perjury that the foregoing is true and correct.
8
9   Signed this __16th__ day of __November__, 20__07__
10
11               _John H. Healy_
12               (Plaintiff's signature)
13
...
28

COMPLAINT                            - 4 -



US Dist Court
450 Golden Gate
SF CA 94102

RECEIVED
DEC 5 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO SHERIFFS DEPARTMENT
PRISONER LEGAL SERVICES
555 SEVETH STREET, 2ND FLOOR
SAN FRANCISCO, CA 94103