E-filing

FILED
07 DEC -5 PM 1:51
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

John Harvey Healy, Plaintiff,

vs.

Calif Dept of Corrections
San Quentin State Prison
State of California, Defendant.

CASE NO. CV 07 6190 JF (PR)

PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS

I, John H. Healy, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

PRIS. APP. TO PROC. IN FORMA PAUPERIS  - 1 -

1   If the answer is "no," state the date of last employment and the amount of the gross and net
2   salary and wages per month which you received. (If you are imprisoned, specify the last
3   place of employment prior to imprisonment.)
4   Early 1990's — Davey's Roofing, Irvine Calif.
5   Peeble's Roofing, Orange, Calif
6   (I think)

7   2.  Have you received, within the past twelve (12) months, any money from any of the
8   following sources:

9       a.  Business, Profession or            Yes ___ No ✓
10           self employment
11      b.  Income from stocks, bonds,         Yes ___ No ✓
12           or royalties?
13      c.  Rent payments?                      Yes ___ No ✓
14      d.  Pensions, annuities, or             Yes ___ No ✓
15           life insurance payments?
16      e.  Federal or State welfare payments,    Yes ✓ No ___
17           Social Security or other govern-
18           ment source?

19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each. /release
21  $200, State parole money — June 2007
22

23  3.  Are you married?                        Yes ___ No ✓
24  Spouse's Full Name: _____
25  Spouse's Place of Employment: _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____  Net $_____
28  4.  a.  List amount you contribute to your spouse's support: $ _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS      -2-

1  b.  List the persons other than your spouse who are dependent upon you for
2      support and indicate how much you contribute toward their support. (NOTE:
3      For minor children, list only their initials and ages. DO NOT INCLUDE
4      THEIR NAMES.).
5  _____
6  _____
7  5.  Do you own or are you buying a home?        Yes ____ No ✓__
8  Estimated Market Value: $_____ Amount of Mortgage: $_____
9  6.  Do you own an automobile?                    Yes ____ No ✓__
10 Make _____ Year _____ Model _____
11 Is it financed? Yes _____ No _____ If so, Total due: $ _____
12 Monthly Payment: $ _____
13 7.  Do you have a bank account?  Yes ____ No ✓__ (Do not include account numbers.)
14 Name(s) and address(es) of bank: _____
15 _____
16 Present balance(s): $ _____
17 Do you own any cash? Yes ✗ No ⌀ Amount: $ 4.89xx
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.) Yes ____ No ✓__
20 _____
21 8.  What are your monthly expenses?
22 Rent: $ _____ Utilities: _____
23 Food: $ _____ Clothing: _____
24 Charge Accounts:
25 Name of Account          Monthly Payment          Total Owed on This Acct.
26 _____   $ _____   $ _____
27 _____   $ _____   $ _____
28 _____   $ _____   $ _____ 9. Do

PRIS. APP. TO PROC. IN FORMA PAUPERIS          - 3 -

1 | you have any other debts? (List current obligations, indicating amounts and to whom they are
2 | payable. Do not include account numbers.)
3 | _____ No _____
4 | _____

5 | 10.   Does the complaint which you are seeking to file raise claims that have been presented
6 | in other lawsuits?   Yes ___   No ✗
7 | Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8 | which they were filed.
9 | _____
10 | _____

11 |     I consent to prison officials withdrawing from my trust account and paying to the court
12 | the initial partial filing fee and all installment payments required by the court.
13 |     I declare under the penalty of perjury that the foregoing is true and correct and
14 | understand that a false statement herein may result in the dismissal of my claims.
15 |
16 | __11/16/07__                    __John J. Healy__
17 | /DATE                              SIGNATURE OF APPLICANT

PRIS. APP. TO PROC. IN FORMA PAUPERIS                - 4 -

1
2                                         Case Number: _____
3
4
5
6
7
8                              **CERTIFICATE OF FUNDS**
9                                         **IN**
10                              **PRISONER'S ACCOUNT**
11

12       I certify that attached hereto is a true and correct copy of the prisoner's trust account
13   statement showing transactions of ___John Healy___ for the last six months
14   at ___23254470___
15                                    [prisoner name]
16   ___SAN FRANCISCO SHERIFFS DEPT___ where (s)he is confined.
17              [name of institution]
18       I further certify that the average deposits each month to this prisoner's account for the
19   most recent 6-month period were $ __22.86__ and the average balance in the prisoner's
20   account each month for the most recent 6-month period was $ __8.64__ .
21
22   Dated: __11-29-07__                        ___(signature) #1091___
23                                              [Authorized officer of the institution]
24
25
26
27
28

- 5 -

# Account Activity Ledger

From: 08/17/2007    To: 11/29/2007

Date: 11/29/2007
Time: 06:23

| Trx Date | Time | Batch /Inv # | Trx # | Trx Type | Invoice | Deposit | Withdrawal | Other | Balance Forward |
|---|---|---|---|---|---|---|---|---|---|
| ID 2329447 | Name HEALY, JOHN | | | | Block 7M AA 50 | | | Previous Balance | 0.00 |
| 08/17/2007 | 16:54 | B#227401 | 708778 | Deposit | | 35.00 | | | 35.00 |
| Comment Initial Entry | | | | | | Cash | | | |
| 08/22/2007 | 04:23 | I#261606 | | Invoice | 10.12 | | | | 24.88 |
| Comment Sales Transaction | | | | | | | | | |
| 08/29/2007 | 04:24 | I#262804 | | Invoice | 24.48 | | | | 0.40 |
| Comment Sales Transaction | | | | | | | | | |
| 10/07/2007 | 04:42 | B#238146 | 732184 | Deposit | | 20.00 | | | 20.40 |
| Comment western union | | | | | | Money Order 08777191969 | | | |
| 10/10/2007 | 05:35 | I#270514 | | Invoice | 18.95 | | | | 1.45 |
| Comment Sales Transaction | | | | | | | | | |
| 10/17/2007 | 04:51 | I#271706 | | Invoice | 1.13 | | | | 0.32 |
| Comment Sales Transaction | | | | | | | | | |
| 11/11/2007 | 04:42 | B#245982 | 749072 | Deposit | | 25.00 | | | 25.32 |
| Comment postal money order | | | | | | Money Order 11649453197 | | | |
| 11/14/2007 | 05:27 | I#275943 | | Invoice | 20.43 | | | | 4.89 |
| Comment Sales Transaction | | | | | | | | | |
| 11/21/2007 | 04:49 | I#277576 | | Invoice | 4.78 | | | | 0.11 |
| Comment Sales Transaction | | | | | | | | | |

Deposits    3  For  $    80.00
Withdraws   0  For  $     0.00
Invoices    6  For  $    79.89

*[signature] #2091  11-29-07*