**United States District Court**
**For the Northern District of California**

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN H. HEALY, | No. C 07-6190 JF (PR) |
| Plaintiff, | JUDGMENT |
| v. | |
| CALIFORNIA DEPT OF CORRECTIONS, et al., | |
| Defendants. | |

The Court has closed the instant case because the instant complaint filed on December 6, 2007 was mistakenly opened as a new case, rather than being filed in Plaintiff's pending civil rights action, case no. C 07-5790 JF (PR). Accordingly, a judgment of dismissal without prejudice is entered. The Clerk shall close the file.

IT IS SO ORDERED.

DATED: 12/14/07

JEREMY FOGEL
United States District Judge

Judgment
P:\pro-se\sj.jf\cr.07\Healy190jud

1  A copy of this ruling was mailed to the following:

2  John H. Healy
3  SF Jail 2329447
   850 Bryant Street
4  San Francisco, CA 94103

Judgment
P:\pro-se\sj.jf\cr.07\Healy190jud                2